Samuel L. Caldwell
FULL NAME

non- Prisoner
COMMITTED NAME (if different)

1830 E. Ave J-4 unit#R
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Lancaster Ca.
93535
PRISON NUMBER (if applicable)

non- Prisoner

(440)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Samuel L. Caldwell

PLAINTIFF,

v.

Torrance L. Porch
Compton unified School Police Dept.
Hawthorne Police Dept.
DEFENDANT(S).

CASE NUMBER
**CV11 08084** (SS)
To be supplied by the Clerk

### CIVIL RIGHTS COMPLAINT
### PURSUANT TO (Check one)

[X] 42 U.S.C. § 1983
[ ] Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

LODGED
CLERK, U.S. DISTRICT COURT

SEP 29 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: [X] Yes [ ] No

2. If your answer to "1." is yes, how many? _____ 1 _____

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

I'm. Bringing Forth This action, Before The Federal courts' Becau I have exhausted. My Remedies in local court by Following The Rules of The Law. on July 7th I Recieved In The Form of Texts message from Police officer. Torrance L. Porch of Compton unified School Police department. Several Texts messages. Protaining To a family Law case, Involving mysel and His sister (Earlisha L. north). officer Porch asked questions Protaining To a case I Filed In family court on His → sister (Earlisha north). My Responce To officer Porch was for His sister and He In unkind words ask The Sheriff officer Porch's Responce was quote. LoL! Just ask u question Homi u aint gotta go Big cuzz I put tips on u Real Quick. NOTE The Term "cuzz" is used By Gang members when upset! or serious about what They are saying. and The word Tips is

---

Reffered to as, Wanting to Fight or Inflect Pain on any one person, The word Tips meaning Hands is a direct Threat coming from a Peace Ofcr!

(1) On Jun 21, 2011 I Filed a Dissalution of Marriage on Earlisha L. North I Requested Her served by Sheriffs So That no Contact would Be made. She was served on 7.8.11

(2) On July 7th 2011 Sheriffs attempted Service at which Time Earlisha North advised Her Brother Torrance Porch of The Events. Thats when the Calls Prior to My Jun 21, 2011 Summons on Earlisha North Officer Porch Text Threaten messages to my Phon with Regard to His Sister Stating, That if His Sister Didnt Get Her Phone Back He would use His Powers as a Compton Police Officer to Put a Wrongful charge of Terrorist Threats and Strong armed Robbery Warrant out for My arrest on Behalf of His Sister If She didnt Get Her Phone Back. On 9.15.11 He did in Fact Place charges onm

On July 8th I went to Compton School Police To Report Officer Porch's action.

A Report was made on 7.8.11 By: Sergeant Timothy wilson of Compton Police department A Citizen's complaint was made.

On July 12th I, Samuel L. Caldwell Took the verbal as well as the Text messages seriously and went To antelope valley courthouse! and Filed a Restraining order against Torrance Porch For Criminal Threats

Cont. I of

9.27.11
_____
(Date)

_____
(Signature of Plaintiff)

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 28 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

As well as threats via text, a Judge of the
Antelope Valley court Phyiscally saw the evidence and
granted the Temp. Stay away order.
On 7-19-11 Torrance L. Porch was served by
Deputy Sheriff on behalf of me (Samuel L. Caldwell
See Attached: (Proof of Service)
The court set a Hearing date: 8-2-11
Both parties appeared as ordered by the court
a Hearing was held with the outcome being
My Permante Restraining order being Denied
On 9-2-11 I (Samuel L. Caldwell) was caught
in a check-point for Drunk Drivers.
My name was Ran thru a NCIC computer and
I was sited and Released by Sheriff Deputies
on 9-2-11 with no active warrants in Sheriffs
computers My car was taken and I was allowed to walk home.
On 9-14-11 I spoke with Investagator: Herman
Stamply with regard to His Personal Investagation
of Torrance Porch. Mr Stamply is an Employee
For Compton unified School Police department
Internal Affaires He advised me that He was
concluding His Investagation of (Mr. Porch) But
He would need to see the threats on my phone
that came from Officer Porch's Phone
Note* Mr. Stamply was Presant at the Hearing on
8-2-11 at which Time He Phyiscally saw the
Text messages. Yet I agreeded to meet with

Cont 2 of 3

9-27-11
(Date)

(Signature of Plaintiff)

MR Stamply on 9-15-11 at Compton unified School Police department. On 9.15.11, I arrived at Police HeadQuarters. at Appox. 2:15 pm.
I was Intercepted at Compton Station By Hawthorne POLICE Department Officer's OFCR. Jackson-Transportation & ARRESTING OFFICER ARIAS Be# 050325. at The Time of My arrest Hawthorne P.D. was on Location at Compton School Police dept. HeadQuarters awaiting My arrival. With a Police Report That was alledged To Have Been Filed By Torrance Porch, on 7-11-11. For 422 P.C. on me! Hawthorne Police Didn't Present a Warrant For My arrest. Yet They detained me Based on The alledged Report That Torrance Porch made against me.
I was Transported From 500 S. Sante Fe To Hawthorne Police department, Booked and Jailed WithOut Due Process of Law! Deprived of Life, Liberty without Due Process Mr Torrance Porch conspired with Hawthorne POLICE Officer ARIAS #050325 and OFCR Jackson To Frame me with False Charges Based on Mr. Porch's alledged complaint. on 7-11-11 OFCR. ARIAS # 050325 advised ME OF MY RIGHTS. Presented me with a CONSENT TO SPEAK Form In which I Signed. And WE Spoke. I Told

Cont 3 of 4

9.27.11
(Date)

_____
(Signature of Plaintiff)

**CIVIL RIGHTS COMPLAINT**

I/O ARIAS #050325 MY REASON FOR BEING at COMPTON
SCHOOL POLICE dept.
I also advised MR. ARIAS #050325, THAT at
MY TIME of BOOKING all THE ITEMS THAT
WERE TAKEN FROM ME WERE NOT RECORDED ON
THE. PROPERTY SLIP and I REFUSED TO SIGN
UNTIL MY PROPERTY SLIP WAS UPDATED WITH
all ITEMS THAT WERE TAKEN FROM ME.
SEE ATTACHED DOCUMENTS THAT WILL SHOW THE
UPDATE.                                    P.O's
I BELIEVE THAT it WAS HAWTHORNE'S INTENT
TO HAVE ME SIGN a DOCUMENT THAT didN't
INDICATE all ITEMS IN MY PROPERTY at THE
TIME of MY ARREST.
I QUESTIONED it and MY PROPERTY SLIP WAS
UPDATED TO all ITEMS IN WHICH I HAD IN
MY POSSESSION. WHICH WAS
(1) a FOLDER CONTAINING THE RESTRAINING ORDER.
MY SILVER MOTOROLA PHONE WITH THE THREATENING
TEXT MESSAGES inside as well as MY BLACKBERRY
WITH THE MOST RECENT CONVERSATIONS.
note* All PHONE RECORDS WILL INDICATE INCOMING
and OUTGOING CALLS FROM BOTH PARTIES
PHONE.
And I SAMUEL L. CALDWELL SWEAR UNDER
PENALTY of PERJURY all CONTACT MADE VIA →

con't 4 of 5

_____
09.27.11                          _____
(Date)                            (Signature of Plaintiff)

TEXT MESSAGE OR VERBAL WERE directly ENGAGED
BY OFR TORRANCE L. PORCH.

NOTE* TURRANCE L. PORCH is a COMPTON POLICE OFC
His TELEPHONE NUMBER is (310) 902-2224.
THIS NUMBER IS WHERE THE THREATS CAME FROM.
This NUMBER SHOULD ALSO BE ON FILE WITH
COMPTON SCHOOL POLICE AS A CONTACT (EMPLOYEE)
NUMBER FOR OFFICER PORCH. EMPLOYEE RECORDS.
IF it PLEASES THE COURT TO KNOW I STILL
HAVE ALL CONVERSATIONS THAT WERE HELD.
Incoming AND OUTGOING
BETWEEN 7-7-11 THRU CURRENT DATE STILL
IN MY PHONE.            (SAMUEL L. CALDWELL)

NOTE* MY PHONE NUMBER is (310) 272-4770 THIS
HAS BEEN MY NUMBER FOR 4 YEARS PLUS.
MR. TORRANCE PORCH HAS ALSO OBTAINED HIS
CELL PHONE FOR A LONG PERIOD OF TIME.
MY LINK TO MR. TORRANCE PORCH IS A LONG TERM
RELATIONSHIP WITH HIS SISTER
                                  (EARLISHA NORTH)
AND MYSELF. STEEMING FROM A PERIOD OF 13 YRS.
WHEN I FILED FOR JOINT CUSTODY OF MY CHILDREN
AN FOR DIVORCE. ALL OF THE ABOVE ACTIONS
TRANSPIRED. DUE TO PROTECT HIS SISTER
I'm CURRENTLY OUT ON BAIL $50.000 AND
FIGHTING FABRICATED CHARGES BROUGHT UP ON
BEHALF OF TORRANCE L. PORCH & COMPTON P.O.

NOTE* On 9.15.11.         . NO ARREST WARRANT WAS IN COMPUTER
BECUASE I WAS DETAINED AND SITED/RELEASED ON
9-2-11 BY SHERIFF DEPUTIES.

_9.27.11_                                    CONT. 5 of 6
(Date)                    (Signature of Plaintiff)

and Hawthorne Police department for acting
under the color of authority on charges that
were not filed until 9-15-11 and they
were made only after I was wrongly
arrested and transported from compton
station to Hawthorne station.
Both departments conspired to arrest
and charge me willingly and wrongfully
that in it's self is a conspiracy to commit an
illegal act. on behalf of a fellow officer.
        Torrance L. Porch and Herman Stampy
of Compton School Police.
Conspired with Hawthorne Police officer's
arias #050325, and of Jackson of Hawthorne
to have Hawthorne Police waiting at Compton
station with only a police report that was back
dated to 7-11-11 with no active warrant to
accompany the police report
Based on the above entitled action taken
by the entities stated in the complaint
a violation of my 14th amendment right
were violated.
Compton unified school police dept. in offical capacity
Torrance Porch - in offical and indiviaul capacity
Y/o arias 3 Jackson in indiviaul capecity and
acting under color of authority which implements
Hawthorn P.D. in offical capacity.

6 of 6

9-27-11
_____
(Date)

_____
(Signature of Plaintiff)

NOTE* MR. PORCH HAD EVERY OPPORTUNITY TO advise SOMEONE OTHER THAN HAWTHORNE P.D. OF THIS 7-11-11 complaint HE WAS SERVED A TEMPORAY (RESTRAINING ORDER). ON 7-19-11 8 days PRIOR TO HIM BEING SERVED THE ORDER OF THE COURT! BY A DEPUTY SHERIFF HE NEGLECTED TO advised DEPUTIES AT THAT TIME OF SERVICE UPON HIM, THAT AN ACTIVE WARRANT WAS IN HAWTHORNE'S POLICE POSSESSION FOR MY ARREST. *(SAMUEL L. Caldwell) FOR 422 P.C

NOTE* ON 8-2-11 MR. PORCH appeared AT ANTELOPE VALLEY COURT HOUSE AS A DEFENDANT IN A RESTRAINING ORDER MATTER (SEE attach ORDER). Transcripts WILL SHOW THAT MR. PORCH NEVER SPEAKS OF A OPEN CASE FILED BY HIM, HE NEVER addresses THE ALLEGED complaint HE MADE TO HAWTHORNE POLICE ON 7-11-11 AS A OFFICER OF THE LAW! HE WAS BOUNDED BY an OATH TO disclose THAT, A active REPORT EXISTS, ON BEHALF OF HISSELF against me SAMUEL CALDWELL HE NEGLECTED TO do SO BECAUSE NO WARRANT EVER EXIST until 9-15-11 after MR PORCH'S COURT HEARING. WERE THE LOCAL DENIED ME PROTECTION OF THE LAW.
                                    courts
MR PORCH'S action can't Go without BEING addressed HE'S A OFFICER OF THE LAW USING HIS POWER FOR HIS BENIFIT. and TO TAKE LAW into HIS own HANDS WHICH IS a violation under THE 14TH amendment

7 of 7

9.27.11
_(Date)_                    _(Signature of Plaintiff)_

a. Parties to this previous lawsuit:
   Plaintiff _____

   _____

   Defendants _____

   _____

b. Court _____

   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it
   appealed? Is it still pending?) _____

f. Issues raised: _____

   _____

   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint
   occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not MY GRIEVANCE IS PENDING ON
   THE OUTCOME OF MY CURRENT COMPLAINT

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff SAMUEL L. CALDWELL
                                                          (print plaintiff's name)
who presently resides at 1830 E AVE J-4 Lancaster CA. 93535 un #K
                          (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
500 S. Sante Fe Compton School Police dept.
                          (institution/city where violation occurred)

on (date or dates) _____
                        (Claim I)              (Claim II)              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant TORRANCE L. PORCH _____ resides or works at
   (full name of first defendant)

   500 S. SANTE FE Compton Ca 90220
   (full address of first defendant)

   POLICE OFFICER FOR COMPTON SCHOOL POLICE
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

MR. PORCH made comments on How He would PLACE CHARGES on me, and He did EXACTLY WHat He said via Text MESSAGE Im CURRENTLY FACING CHARGES FOR 422 P.C

2. Defendant Compton unified School POLICE department resides or works at
   (full name of first defendant)

   500 S. SANTE FE Compton Ca. 90220
   (full address of first defendant)

   Compton School POLICE department
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

Officials from Compton POLICE department were advised of THE wrong doing of one of THERE Officer's (Torrance POrc THEY Neglected To Take To PROTECT ME as a citizen

3. Defendant HAWTHORNE POLICE department _____ resides or works at
   (full name of first defendant)

   12501 HAWTHORNE BL HAWTHORNE Ca.
   (full address of first defendant)

   POLICE department
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

THEY WERE an OUTside angency In wHich aided compton POLICE department in a unjust act of conspiracy To commett and Illegal act.

**CIVIL RIGHTS COMPLAINT**

4. Defendant HERMan STAMPLY _____ resides or works at
(full name of first defendant)

500 S. Sante Fe Compton Ca. 90220
(full address of first defendant)

(Investagator Interal affairs) for Compton school Police
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

was THE reason I was at Compton Police STATIon HE called me Requesting documents To close His Investagation But was aware of THe wrong doing, Because He advise HawtHorne P.D of my comings

5. Defendant ARias #D50325 3 Jackson _____ resides or works at
(full name of first defendant)

HawtHorne Police department 12501 HawtHorne ca,
(full address of first defendant)

Police department
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

HawtHorne P.D acted on false Police Report made BY a fellow Police officer. Torrance PorciA

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

MY 14th amendment Rights have Been Violated By Officer Torrance Porch under color of authority on behalf of His sister (Earlisha April ) Using Compton Police department as a vessel to do so. under the color of authority. He also Involved a outside Entity to carry, out His wrong doing. Which is Hawthorne Police depaRtment This is a direct Violation of my constitutiona Right To due Process of Law. And thus fore the grounds for my complaint So I'm Seeking Justice in a Higher court Based on the Fact I've Tried To advised Local courts as well as The Entities themselves without any Justice.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each

DEFENDANT (by name) did to violate your right.

Attached are legal Documents That will Reflect Each and Every Statement made In my complaint Records will show Officer Porch's Restraining Order as well Statments made Via Text message and To Please the court I Have all communications of Record on my Phone. Each Entities wrong doing is Blanten and merits action. Taken Torrance L, Porch, HermAn Stamply, 1/0 aRais 3 Jackson, Dates and Times will Reflect the wrong doing on BeHalf of Compton School Police as well as Hawthorne Police and all Individuals Involved, Thereof.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Based on The entitled complaint, Torrance L Porch, Is in Violation of Violatating my 14th amendment Rights as well as Cruel and unusual Punishment which is a violation of my 8th amendment, Rights

Compton unified school Police department is in violation under color of authority, simply Because Torrance L. Porch is a peace officer for Compton School Police department, all actions Taken By a officer acting under the authority of law, directly Involves His/Her agency.

Officer's Arias & Jackson are in violation of my 14th amendment Rights By acting on statements made without merit/false report acting solely on the fact that Torrance L. Porch stated He was Threaten. By Samuel L. Caldwel Hawthorne Police Had No jurisdiction in Compton to arrest me.

So in The Sum of 750,000.00 I'm seeking Punitive damages, for Violation of my Right to due Process, of law as well as Indivual officers acting under the color of authority To commit an unjust act. which is unconstitional under color of law. (conspricy To commit unlawfutact) which is a direct violation of law as written in the Constitution, Punitive damages are merited for wrong Doing, under color of authority. and state laws

9.27.11
_____
(Date)

_____
(Signature of Plaintiff)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| VeRBal /criminal- THREATS | MQ007925 |

1  DV-100 ITEM 23 ABUSE (NOTE: aLL TXT MESSAGE aRe STOReD In MY PHONE FOR Evidence)

2  On 10/31/10, Torrence "Officer Porch" made

3  contact with me via taxt in regard to an

4  altercation between his sister and myself

5  regarding a cellphone.

6  TXT #1 10/01/10 from (310) 902-2224 to (310) 2724 7

7  "Man I told you don't fuck with my sister

8  IF she don't get her phone back 1 minute, I'm

9  going to put a terrorist threat, and strongarm

10  robbery warrant out and rite now I'm typing

11  an EMEREENCY RESTRAINING order aGainst u THaT's

12  How a (COMPTON COP!) TOuch a NiGGa! in

13  Palmdale, Play if U WaNT NiGGA! LET HER NOT CaLL

14  and SaY SHE COOL, U MY BROTHER-n-LAW BuT SHE MY

15  Blood and I TOLD HER TO TAKE YOU OFF HER CASE and

16  MOVE down HERE.

17  TXT #2 CAME ON JULY 7TH 2011 @ 4:30 pm WITH REGARD

18  TO His SiSTER aGain THis Time IT PROTAINED TO MY divorce

19  WITH His SiSTER (EaRLiSHa NORTH) DUOTE: WOO WANTS TO

20  KNOW WHaT PaPERS YOU SERVING HER!

21  I TOLD HIM TO GO and aSK THE SHERIFF.

22  TXT #3 LOL JUST aSKING U QUESTiON Homie U aiNT

23  gotta go BiG CUZZ! I PUT TIPS ON U REAL QUiK
   (cont.)

24  TXT #3 Im in PalmdaLe TONiTE LET Me KNOW if U

25  WiTH THE BUSiNESS NiGGA.

26  *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers):*

27  This page may be used with any Judicial Council form or any other paper filed with the court.

Page 1 of 2

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

Martin Dean's
ESSENTIAL FORMS™

**ADDITIONAL PAGE**
Attach to Judicial Council form or Other Court Paper

CRC 201, 501

SHORT TITLE:

VERBAL / CRIMINAL THREATS

CASE NUMBER: WQ007925

1. DV-100 ITEM 23 ABUSE: NOTE! ALL TXT MESSAGES ARE STORED IN MY PHONE FOR EVIDENCE
2. MY RESPONSE TO (OFFICER PORCH) WAS AS FOLLOWS! I'm GLAD
3. YOU JUS THREATEN ME, I STILL GOT THOSE LAST TXT'S
4. MESSAGES IN MY FONE I WILL BE TURNING THEM OVER TO
5. YO (SGT), AND THE DETECTIVES FOR PROSECUTION! ON A
6. PEACE OFFICER.
7. TXT #4  LET'S C WHERE THAT GET'S U
8. Based on THE FOLLOWING THREATS made Via TXT MESSAGE
9. BY MR. TORRANCE PORCH, and THE MERE FACT HE IS
10. A SWORN PEACE OFFICER WITH ACCESS TO FIRE ARMS, CO-WORKERS
11. IN OTHER DEPARTMENT, ETC/ AND HE HAS MADE THREAT'S TO
12. USE HIS POWERS as A PEACE OFFICER as A WEAPON
13. TO PROTECT OR AID HIS SISTER (EARLISHA NORTH).
14. I SAMUEL L. CALDWELL FEARS FOR MY FREEDOM AND
15. MY SAFETY) MR. PORCH CAN IF HE CHOOSES TO DO SO.
16. WITH KNOWING THAT, I ASK THE COURT TO INTERVEN
17. AN PLACE A PERMENTE ORDER (STAY AWAY)
18. BECAUSE I BELIEVE DUE TO A (disallousion OF MARRIDGE)
19. CASE FILED against HIS SISTER ON JUNE 21, 2011 BY ME
20. HE WILL KEEP PURSUEING ME.
21. THIS IS TRUE AND CORRECT UNDER PENALTY OF PERJURY
22. I SWEAR TO ALL STATEMENTS, THEREOF ARE TRUE AND
23. CORRECT,
24. Thank you Sincerly
25.
26. *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers)*:
27. This page may be used with any Judicial Council form or any other paper filed with the court.

Page 2 of 2

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

Martin Dean's
ESSENTIAL FORMS™

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

```
                    CALDWELL, SAMUEL L
                    1830 E AVE J-4
                    LANCASTER, CA 93535
                           GOV                          (310)-272-4770


L.A. SUPERIOR CRT, ANTELOPE VLLY    19413
42011 4TH STREET WEST              Branch: 01
LANCASTER, CA 93534
              Case Number/MQ007925
Plaintiff: CALDWELL, SAMUEL L          NOTICE OF SERVICE
Defendant: PORCH, TORRANCE          DOC/3011107130047/SVCE/P003/R004

Hearing Date: 08/02/11    Time: 08:30 AM    Dept/Div: A12    Room:
```

1. At the time of service, I was at least 18 years of age and not a party
   to this action, and SERVED COPIES OF THE:
   TEMPORARY RESTRAINING ORDER AND NOTICE OF HEARING (CLETS)
   (DOMESTIC VIOLENCE PREVENTION)
2. A. Party Served:
            PORCH, TORRANCE



   B. BY DELIVERING TO:
            PORCH, TORRANCE



   C. Address:
            500 S SANTA FE
            COMPTON, CA 90221

   D. By delivery: at business

3. I served the party named in item 2
   A. By personally delivering the copies:
                    (1) On: 07/19/11    (2) At: 09:40 AM
   The Proof of Service, a copy of which is attached, has been sent to court.

   **Unpaid Sheriff's costs per GC6103.2: 35.00**


   Deputy ID: E439991
   Deputy DAVID BENTLEY
   SHERIFF'S OFFICE
   200 W. COMPTON BLVD., ROOM 404
   COMPTON, CA 90220
   (310)-603-7422


   I am a California Sheriff. I certify that the foregoing is true & correct.

                                        LEROY D. BACA, Sheriff
Date: 07/19/11
  Br.: 01 40          By: _____
                                          D. BENTLEY, Deputy

```
          1830 E        J-4
          LANCASTER, CA 93535
                              GOV                              (310)-272-4770


     L.A. SUPERIOR CRT,ANTELOPE VLLY    19413
     42011 4TH STREET WEST          Branch: 01
     LANCASTER, CA 93534
                         Case Number/MQ007925
     Plaintiff: CALDWELL, SAMUEL L              NOTICE OF SERVICE
     Defendant: PORCH, TORRANCE        DOC/3011107130047/SVCE/P003/R004
```

Documents:

```
     DV-100 Request For Order
     DV-101 Description of Abuse
     DV-110 Temporary Restraining Order and Notice of Hearing
     DV-120 Answer To Temporary Restraining Order
     DV-540 Information For The Restrained Person
     DV-109
     DV-550
     DV-250
```

CALDWELL, SAMUEL

                1830 E AVENUE J 4
                LANCASTER, CA 93535

                                                        (310)-272-4770


L.A. SUPERIOR CRT,ANTELOPE VLLY    19413
42011 4TH STREET WEST                    Branch: 63
LANCASTER, CA 93534
                        Case Number/MD040736
Plaintiff: CALDWELL, SAMUEL SR            PROOF OF SERVICE
Defendant: NORTH-CALDWELL, EARLISHA

1. At the time of service, I was at least 18 years of age and not a party
   to this action, and SERVED COPIES OF THE:
   SUMMONS (FAMILY LAW) AND PETITION (FAMILY LAW)

2. A. Party Served:
        NORTH-CALDWELL, EARLISHA


   B. BY DELIVERING TO:
        NORTH-CALDWELL, EARLISHA


   C. Address:
        38257 12TH STREET EAST #22
        PALMDALE, CA 93550

   D. By delivery: at home

3. I served the party named in item 2
   A. By personally delivering the copies:
                        (1) On: 07/08/11    (2) At: 07:20 AM

4. The 'Notice to the Person Served' was completed as follows:
   A. As an INDIVIDUAL defendant

**Unpaid Sheriff's costs per fee waiver GC68511.3 Court Rule 985: 35.00**


   Deputy ID: E521013
   Deputy DIRK J. BEHRENS
   SHERIFF'S OFFICE
   42011-4TH STREET WEST, RM.1570
   LANCASTER, CA 93534
   (661)-974-7800


   I am a California Sheriff. I certify that the foregoing is true & correct.

                                        LEROY D. BACA, Sheriff

Date: 07/08/11
 Br.: 63 63                    By: _____
'JUD. COUN. FORM, RULE 982(A)(23).'          D. BEHRENS, Deputy

1830 E AVENUE J 4
LANCASTER, CA 93535

(310)-272-4770

L.A. SUPERIOR CRT,ANTELOPE VLLY    19413
42011 4TH STREET WEST          Branch: 63
LANCASTER, CA 93534
                    Case Number/MD040736
Plaintiff: CALDWELL, SAMUEL SR          PROOF OF SERVICE
Defendant: NORTH-CALDWELL, EARLISHA

Documents:

 SUMMONS, PETITION-MARRIAGE, CHILD CUSTODY AND VISITATION
 APPLICATION ATTACHMENT, CHILDRENS HOLIDAY SCHEDULE
 ATTACHMENT, REQUEST FOR CHILD ABDUCTION PREVENTION
 ORDERS, DECLARATION UNDER UNIFORM CHILD CUSTODY
 JURISDICTION AND ENFORCEMENT ACT, PROPERTY DECLARATION
 INCOME AND EXPENSE DECLARATION, BLANK RESPONSE PACKET.

# LOS ANGELES COUNTY
## BOOKING AND PROPERTY RECORD

SUSPECT PHOTO

| BOOKING No. | LOCAL AGCY No. | | | | |
|---|---|---|---|---|---|
| 2877450 | | | | | |

| MAIN No. | SID. / CII. No. | FBI No. | ARN No. | DL LIC No. / STATE |
|---|---|---|---|---|
| 20048371 | 09086334 | | | A4632857   CA |

| ARRESTEE'S NAME (LAST, FIRST, MIDDLE) | HOME PHONE | DNA STATUS |
|---|---|---|
| CALDWELL, SAMUEL LEE | | |

| ADDRESS, CITY, STATE, ZIP | DNA COLLECTED BY: |
|---|---|
| 338 W 122ND ST LOS ANGELES, CA 90000 | |

| SEX | DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE | DATE DNA COLLECTED: |
|---|---|---|---|---|---|---|---|---|
| M | B | BLK | BRO | 511 | 190 | 02-07-1970 | 41 | |

| VEH. LIC. No.  ST. | RPT DIST | AKA/NICKNAME |
|---|---|---|
| | 1928 | |

| BIRTHPLACE | CITIZENSHIP | ARR. AGY. / DETAIL | MONIKER | AD CHG | LIVESCAN OPERATOR(S) |
|---|---|---|---|---|---|
| CA | US | 1928 | | N | |

| FILE No. | DATE & TIME ARRESTED | TIME BKD |
|---|---|---|
| 110009946 | 09-15-2011   1425 | 1514 |

| LOCATION OF ARREST | TOTAL BAIL |
|---|---|
| 500 S SANTA FE AVE (COMPTON) | 50000.00 |

| CHARGE | WARR./COMM. No. |
|---|---|
| 422 / PC / F | |
| THRTN CRIME:INT:TERRORIZE | |

| JAIL LOC. | ARRAIGNMENT DATE | TIME | COURT | PRISONER'S SIGNATURE WHEN BOOKED |
|---|---|---|---|---|
| 1928 | 09-19-2011 | 0830 | LXE | X |

| SOC. SEC. No. | OBSERVABLE PHYSICAL ODDITIES | OCCUPATION |
|---|---|---|
| 563433830 | | CARPET CLEANER |

| EMPLOYER (FIRM OR PERSON'S NAME, CITY & PHONE No.) | SPECIAL MEDICAL PROBLEMS |
|---|---|
| | |

| CLOTHING WORN | LOCATION OR DISPOSITION OF VEHICLE |
|---|---|
| WHI SHIRT, BLU JEANS | |

IN CASE OF EMERGENCY NOTIFY (NAME, RELATIONSHIP, ADDRESS, CITY & PHONE)

COPY

| ARRESTING OFFICER | BOOKING EMPLOYEE | SEARCHING OFFICER | TRANSPORTING OFFICER |
|---|---|---|---|
| ARIAS 50325 | CORKINS 501124 | ARIAS 050325 | ARIAS 050325 |

| CASH RETAINED | PROPERTY |
|---|---|
| 00.00 | |

PRISONER'S SIGNATURE FOR RECEIPT OF FOREGOING CASH & PROPERTY

| CASH DEPOSITED | PROPERTY |
|---|---|
| 000077.00 | SHOES,LACES,SHIRT,TANKTOP,PHONE,WALLET |

BLK CASE,BELT,WM RING,MISC CARDS

PRISONER'S SIGNATURE FOR RECEIPT OF REMAINING CASH & PROPERTY

| LACRISPDHAW-D01 | |
|---|---|
| 20110915   15:38:00 | |

| RIGHT FOUR IN | RIGHT THUMB IN | RIGHT THUMB OUT | RIGHT FOUR OUT |
|---|---|---|---|

# Hawthorne Police Department

# INMATE PROPERTY RECEIPT

| | |
|---|---|
| Local Bkg No | Jail ID |
| 11-38159 | P-14680 |
| County Bkg No | |
| 002877450 | |
| DR No. | |
| 11-9946 | |
| Housing | |
| MJ-A01-0001 | |
| Booking Date | Booking Time |
| 09/15/2011 | 15:14 |
| Booking Officer | |
| 501124 | |

| | | | | |
|---|---|---|---|---|
| Booking Name | | Sex | Race | Date of Birth | Age |
| CALDWELL,SAMUEL LEE | | M | B | 02/07/1970 | 41 |

| | | | |
|---|---|---|---|
| Taking Date | Taking Time | Taking Officer | |
| 09/15/2011 | 15:20 | 501124 | |
| Release Date | Rels Time | Rls Officer | |
| 09/15/2011 | 15:23 | 501124 | |
| Property No | Total Items | Type | Prop Box No |
| Y074861 | 4 | | |
| DR No. | Arrest Agency | | |
| 11-9946 | HAWTHORNE POLICE DEPT | | |

| Charge | Bail Amount |
|---|---|
| 422PC | $50,000.00 |

| Item No | Description | Status | Date | Comments |
|---|---|---|---|---|
| 1 | WHI SHIRT, BLU JEANS | CW | 09/15/2011 | |
| 2 | 77.00 | CD | 09/15/2011 | |
| 3 | SHOES,LACES,SHIRT,TANKTOP,PHONE,WALLET | PD | 09/15/2011 | |
| 4 | BLK CASE,BELT,WM RING,MISC CARDS | PD | 09/15/2011 | |

# UPDATE

*2 CELLPHONES (SLVR MOTOROLA, BLK BLACKBERRY), MISC PAPERWORK ADDED TO PROP. BY I/O ARIAS*

The size and/or quantity of property in your possession at the time of your arrest exceeds the limitations of the L.A. County Jail System. Accordingly your property will be booked into Safekeeping. It is your responsibility to arrange for the pick-up of your property within 30-days of the date of this form.

IF YOUR PROPERTY IS NOT CLAIMED WITHIN THE 30-DAY PERIOD, IT WILL BE DISPOSED OF AS ALLOWED BY LAW.

If you are unable to personally pick-up your property, you may assign someone else to recover it for you by completing the attahed form. The person you choose to pick-up your property must present valid picture I.D. when they come to pick-up the property.

X *Refused*

| OFFICER | INMATE | RECEIVING PERSON |
|---|---|---|

09/15/2011 15:24

COMPTON UNIFIED SCHOOL DISTRICT

POLICE DEPARTMENT

# CITIZENS COMPLANIT

**NAME (FIRST, MIDDLE, LAST)** Samuel C.

**HOME TELEPHONE NUMBER** (310) 272-4770

**BUSSINESS TELEPHONE NUMBER**

**ADDRESS (STREET, CITY, ZIP)** 24401 Renaldst Lancaster Ca.

**BUSINESS NAME**

**WITNESS TELEPHONE NUBER**

**WITNESS NAME** Torrence L. Porch

**WITNESS ADDRESS**

**WITNESS TELEPHONE NUBER**

**OFFICER INVOLVED (NAME OR DESCRIPTION)** Lancaster Ca.

**LOCATION OF OCCURENCE**

**DESCRIPTION OF EVENT**

On 7-8-11 I recieved several threating texts mess age with regaed to his sister

**DATE OF OCCURRENCE** 7-8-11

**TIME OF OCCURRENCE**

On July 4th officer called me via txt's messege with regard to a civil matter that involves me (Samuel Caldwell) and (Carlisha North) his sister. He threats caused me to take them seriously and file a complaint with his get on watch T. Wilson I'm also seeking criminal charges with the sheriffs and seeking a restraining order

I HAVE READ AND UNDERSTAND THE ABOVE STATEMENT, COMPLAINTS SIGNATURE

**DATE RECEIVED** 7-8-11

PERSON RECEIVING COMPLAINT

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER FOR ANY IMPROPER POLICE CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS COMPLAINTS. YOU HAVE THE RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AN AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT EVEN IF THAT IS THE CASE YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY

CITIZENS COMPLAINTS AND ANY REPORTS OR FINDING RELATING TO COMPLAINT MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING THAT IT IS FALSE YOU CAN BE PROSECUTED ON A MISDEMEANDOR CHARGE P.C. 148.6 (a)

## Notice to Appear

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

☐ MISDEMEANOR

**OTICE TO APPEAR**    Y205704

☐ Traffic   ☐ Nontraffic

Date of Violation ___ Time ___ ☐ AM ☐ PM   Day of Week S M T W T F S   Station/Agency

☐ Owner's Responsibility (Veh. Code, § 40001)

me (First, Middle, Last)   SAMUEL LEE CALDWELL

dress   1830 E AVENUE  J-Y  K

LANCASTER   State CA   ZIP Code 935 35   ☐ Juvenile (Phone No.)

er Lic. No.   4630A57   State CA   Class C   Commercial ☐ Yes ☑ No   Age   Birth Date 11/02/07/170

M   Hair BLK   Eyes BRN   Height 509   Weight 180   Race   POB/Other Description

Lic. No. or VIN   BXD 381   State

Make   Model   Body Style   Color
FORD   FORD   4D   RED
lence of Financial Responsibility

☐ COMMERCIAL VEHICLE (Veh. Code, § 15210(b))

☐ HAZARDOUS MATERIAL (Veh. Code, § 353)

stered Owner or Lessee   T. Thompson   ☐ Same as Driver

ress   2601 F VICTORIA   ☐ Same as Driver

OMPTON   CA   State   ZIP Code

ectable Violation (Veh. Code, § 40610)

| No | Code and Section | Description | ☐ Booking Required | Misdemeanor or Infraction (Circle) |
|----|------------------|-------------|--------------------|-----------------------------------|
| ☐ | 14601.2(a) VC | SUSPENDED |  | Ⓜ I |
| ☐ | LIC 35 F |  |  | M I |
| ☐ |  |  |  | M I |
| ☐ |  |  |  | M I |

ed Approx.   PF/Max Spd.   Veh. Lmt.   Safe   Radar   Laser   ☐ Continuation Form Issued

tion of Violation(s)   AVENUE J / 3RD ST EAST   City of Occurrence   LAN

ot./ RD   (667) 1131-25   Booking No.   286445   No. Passengers   M   F   ☐ Collision

☐ Violations not committed in my presence, declared on information and belief.

clare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Arresting or Citing Officer ___   Employee No. ___   to ___ Vac Dates ___

ate   Name of Arresting Officer, if different from Citing Officer   Employee No.   to ___ Vac Dates

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW:

Signature ___

HEN:   APPEARANCE DATE: 11/10/11   Time: 800 ☐ AM ☐ PM
ADULTS MAY APPEAR PRIOR TO ABOVE DATE
JUVENILES MUST APPEAR ON THE ABOVE DATE
DO:   FOLLOW THE INSTRUCTIONS ON THE REVERSE.

ANTELOPE VALLEY COURTHOUSE
42011 4TH ST WEST
LANCASTER CA 93534
213-742-8860

*1900*
SEE REVERSE

Council of California Form
20-05 (Veh. Code, §§ 40500(b), 40513(b)) 40522, Pen. Code § 853.9

## Release Receipt

RELEASE
Receipt # 24308

CAR TOW, INC.
Carrier ID# CA116992
12710 Cerise Ave.
Hawthorne, CA 9025
(310)970-7100
Released: 09/17/11   17:04:04

Veh: 2000   FORD   FOCUS
Body: 4D   Color: RED
License: 4KSM024   CA   Odom: 105531
Veh ID #: 1FAFP3834YW217720
Veh Code: 22651-H   Hold:
Dispatch: 14:22   Arrive: 14:49
Tow Date: 09/15/11   Time: 15:22
Tow From: 500 S SANTA FE AVE

Lot: 1   Auth: HPD   Call HAWTHORNE PD

Receipt # 24308
Log # 80873
Call # 97282

| | | |
|---|---|---|
| LIGHT Tow | 01:00 @ 105.00 | 105.00 |
| City Admin Fee | | 102.00 |
| Outside Storage | 3 @ 28.00 | 84.00 |
| City Tax | | 15.00 |
| | | |
| Total Charges | | 306.00 |
| Payment Received | | 306.00 ) |
| Cash | ( | 306.00 |
| Balance | | 0.00 |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

SAMUEL L. CALDWELL

PRO PER NON-PRISONER

**DEFENDANTS** TORRANCE L. PORCH
COMPTON UNIFIED SCHOOL POLICE Dep
HAWTHORNE POLICE DEPARTMENT

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Attorneys (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ⓧ 1 | ⓧ 1 | Incorporated or Principal Place of Business in this State | G 4 | G 4 |
| Citizen of Another State | G 2 | G 2 | Incorporated and Principal Place of Business in Another State | G 5 | G 5 |
| Citizen or Subject of a Foreign Country | G 3 | G 3 | Foreign Nation | G 6 | G 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

---

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT: $** 750,000,00

---

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Violation of my 8th and 14th amendments / under color of authority

**VII. NATURE OF SUIT** (Place an X in one box only.) Civil Action

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| G 400 State Reapportionment | G 110 Insurance | G 310 Airplane | G 370 Other Fraud | G 510 Motions to Vacate Sentence Habeas Corpus | G 710 Fair Labor Standards Act |
| G 410 Antitrust | G 120 Marine | G 315 Airplane Product Liability | G 371 Truth in Lending | G 530 General | G 720 Labor/Mgmt. Relations |
| G 430 Banks and Banking | G 130 Miller Act | G 320 Assault, Libel & Slander | G 380 Other Personal Property Damage | G 535 Death Penalty | G 730 Labor/Mgmt. Reporting & Disclosure Act |
| G 450 Commerce/ICC Rates/etc. | G 140 Negotiable Instrument | G 330 Fed. Employers' Liability | G 385 Property Damage Product Liability | G 540 Mandamus/ Other | G 740 Railway Labor Act |
| G 460 Deportation | G 150 Recovery of Overpayment & Enforcement of Judgment | G 340 Marine | **BANKRUPTCY** | G 550 Civil Rights | G 790 Other Labor Litigation |
| G 470 Racketeer Influenced and Corrupt Organizations | G 151 Medicare Act | G 345 Marine Product Liability | G 422 Appeal 28 USC 158 | G 555 Prison Condition | G 791 Empl. Ret. Inc. Security Act |
| G 480 Consumer Credit | G 152 Recovery of Defaulted Student Loan (Excl. Veterans) | G 350 Motor Vehicle | G 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| G 490 Cable/Sat TV | G 153 Recovery of Overpayment of Veteran's Benefits | G 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | G 610 Agriculture | G 820 Copyrights |
| G 810 Selective Service | G 160 Stockholders' Suits | G 360 Other Personal Injury | G 441 Voting | G 620 Other Food & Drug | G 830 Patent |
| G 850 Securities/Commodities/ Exchange | G 190 Other Contract | G 362 Personal Injury-Med Malpractice | G 442 Employment | G 625 Drug Related Seizure of Property 21 USC 881 | G 840 Trademark |
| G 875 Customer Challenge 12 USC 3410 | G 195 Contract Product Liability | G 365 Personal Injury-Product Liability | G 443 Housing/Acco-mmodations | G 630 Liquor Laws | **SOCIAL SECURITY** |
| G 890 Other Statutory Actions | G 196 Franchise | G 368 Asbestos Personal Injury Product Liability | G 444 Welfare | G 640 R.R. & Truck | G 861 HIA (1395ff) |
| G 891 Agricultural Act | **REAL PROPERTY** | | G 445 American with Disabilities - Employment | G 650 Airline Regs | G 862 Black Lung (923) |
| G 892 Economic Stabilization Act | G 210 Land Condemnation | **IMMIGRATION** | G 446 American with Disabilities - Other | G 660 Occupational Safety /Health | G 863 DIWC/DIWW (405(g)) |
| G 893 Environmental Matters | G 220 Foreclosure | G 462 Naturalization Application | G 440 Other Civil Rights | G 690 Other | G 864 SSID Title XVI |
| G 894 Energy Allocation Act | G 230 Rent Lease & Ejectment | G 463 Habeas Corpus-Alien Detainee | | | G 865 RSI (405(g)) |
| G 895 Freedom of Info. Act | G 240 Torts to Land | G 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| G 900 Appeal of Fee Determi-nation Under Equal Access to Justice | G 245 Tort Product Liability | | | | G 870 Taxes (U.S. Plaintiff or Defendant) |
| G 950 Constitutionality of State Statutes | G 290 All Other Real Property | | | | G 871 IRS-Third Party 26 USC 7609 |

CV11 08084

---

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                             ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                             ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                             ☒ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date  9·27·16

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |